UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOTHONY WILEY, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GOODMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-1407 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 4) |

Anthony Wiley, Sr. asserts the defendants are liable for a violation of the Privacy Act of 1974, hate crime against a disabled American, judicial misconduct, judicial corruption, and RICO violation. (See generally Doc. 1) Because Plaintiff failed to comply with the Local Rules and failed to prosecute this action, the magistrate judge recommended the complaint be dismissed without prejudice on January 7, 2020.

Plaintiff was given fourteen days to file any objections to the recommendations that the action be dismissed. (Doc. 4) In addition, he was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)). Notably, this document was also returned to the Court as undeliverable on January 16, 2020. In addition, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United

1

School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated January 7, 2020 (Doc. 4) are **ADOPTED IN FULL**;
2. The complaint is DISMISSED without prejudice; and
3. The Clerk of Court is DIRECTED to close the action.

IT IS SO ORDERED.

Dated: **January 29, 2020**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE